Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

vs

2.78 Acres of Land, More or Less, Situate in Imperial County, State of California; and, the Estate of Albert D. Bleuer, et al.

FILED
08 JAN 24 PM 12: 51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: pm  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0142 IEG AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Office Building, 880 Front Street, Room 6293
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 2 4 2008
DATE

By P. DELA CRUZ, Deputy Clerk

Summons in a Civil Action                                                Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)