1       THE UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
2
        UNITED STATES OF AMERICA              )              08 JAN 24  P 12: 49
3                                             )
                    Plaintiff,                )   DECLARATION OF TAKING
4                                             )
             vs.                              )
5                                             )              BY:                    DEPUTY
        2.78 ACRES OF LAND, MORE OR LESS,     )   CIVIL NO.
6                                             )
        SITUATE IN IMPERIAL COUNTY, STATE OF  )
7                                             )   08 CV 04     IEG   LB
        CALIFORNIA; AND, THE ESTATE OF ALBERT D. )
8                                             )
        BLEUER, ET AL.                        )
9                                             )
                    Defendants                )
10                                            )

11

12          I, Robert Janson, Acting Executive Director, Asset Management,

13     Department of Homeland Security, U.S. Customs and Border Protection, under

14     the authority delegated to me by the Act of Congress approved November 25,

15     2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C.

16     Sections 202, 251, 551, and 557, which transferred certain authorities of

17     the Attorney General to the Secretary of Homeland Security; and by DHS

18     Delegation No. 7010.3(II)(B), which delegated land acquisition authority

19     from the Secretary of Homeland Security to the Commissioner of U.S. Customs

20     and Border Protection; and by CBP Delegation 05-006, which delegated land

21     acquisition authority to the Executive Director of Asset Management, do

       hereby make the following declaration:
22

23          1.    The property is hereby taken under and in accordance with the

24     authorities set forth in Schedule "A" attached hereto and made a part

25     hereof.

                         Declaration of Taking - 1

1  2. The public purpose for which said property is taken is set forth

2 in Schedule "B" attached hereto and made a part hereof.  The said land has

3 been selected under my direction for acquisition by the United States for

4 the above-referenced project in Imperial County, State of California.

5

6  3. A general description of the land being taken is set forth in

7 Schedule "C" attached hereto and made a part hereof.

8  4. A plan showing the property being taken is shown on Schedule "D"

9 attached hereto and made a part hereof.

10

11  5. The estate taken is described on Schedule "E" attached hereto

12 and made a part hereof.

13

14  6. The sum estimated by the undersigned as just compensation for

15 the land being taken is set forth in Schedule "F" attached hereto and made a

16 part hereof. The undersigned is of the opinion that the ultimate award for

17 said land probably will be within any limits prescribed by law to be paid

 therefor.

18

19  7. The names and addresses of known parties having or claiming an

20 interest in said property are set forth in Schedule "G" attached hereto and

21 made a part hereof.

22

23

24

25

1 | IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Asset

2 | Management, Department of Homeland Security, U.S. Customs and Border

3 | Protection, hereunto subscribes his name by direction of the Secretary of

4 | the Department of Homeland Security, this _2_ day of _January_, 2008

5 | in the City of Washington, District of Columbia.

6

7

8 | Robert Janson

9 | Acting Executive Director, Asset Management

10 | Department of Homeland Security

11 | U.S. Customs and Border Protection

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SCHEDULE "A"
AUTHORITY FOR THE TAKING

2

3        The property is taken under and in accordance with the Act of Congress

4   approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C.

5   Section 3114, and the Act of Congress approved August 1, 1888, as

6   25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts

7   supplementary thereto and amendatory thereof; the Act of Congress approved

8   September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat.

9   3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) &

10  note; and the Act of Congress approved October 4, 2006, as Public Law 109-

11  295, Title II, 120 Stat. 1355, which appropriated the funds which shall be

    used for the taking.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SCHEDULE "B"
PUBLIC PURPOSE

2

3          The public purpose for which said property is taken is to conduct

4    surveying, testing, and other investigatory work needed to plan the proposed

5    construction of roads, fencing, vehicle barriers, security lighting, and

6    related structures designed to help secure the United States/Mexico border

7    within the State of California.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Declaration of Taking - 5

1

SCHEDULE "C"
GENERAL DESCRIPTION

2

Tract Number ELC-ELS-2001

3

4       A strip of land of the uniform width of 60 feet and 2,024 feet +/- long,

5       which is adjacent and parallel to the United States of America/Mexico

6       international boundary, being part of Lots 1, 2 and 3, Section 36,

7       Township 17 South, Range 10 East, San Bernardino Meridian, according to

8       the official plat thereof and being part of Imperial County Assessor Tax

9       Parcel Number 33-47-0019, Imperial County, California.

10

        Containing 2.78 acres, more or less.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                               SCHEDULE "D"

2      **TRACT NUMBER:** ELC-ELS-2001

3          Parcel Map –

4          Legend:   red line is subject property

5

6

7

8

9

10

11

12

13

14

15          Vicinity Map

16          Legend:   red line is subject property

17

18

19

20

21

22

23

24

25

1

2
SCHEDULE "E"

3
ESTATE TAKEN

4
The estate taken is a temporary, assignable easement beginning on the

5
date possession is granted to the United States and ending 180 days later,

6
consisting of the right of the United States, its agents, contractors, and

7
assigns to enter in, on, over and across the land described in Schedule "C"

8
to survey, make borings, and conduct other investigatory work for the

9
purposes described in Schedule "B" and to access adjacent lands; including

10
the right to trim or remove any vegetative or structural obstacles that

11
interfere with said work; reserving to the landowners, their successors and

12
assigns all right, title, and privileges as may be used and enjoyed without

13
interfering with or abridging the rights hereby acquired; subject to

14
minerals and rights appurtenant thereto, and to existing easements for

15
public roads and highways, public utilities, railroads and pipelines.

16

17

18

19

20

21

22

23

24

25

1

2
SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

3

4    The sum estimated as just compensation for the land being taken is ONE

5  HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the

6  registry of said Court for the use and benefit of the persons entitled

7  thereto; and, an additional sum determined at the conclusion of the

8  temporary estate described in Schedule "E" to constitute actual damages, if

9  any.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Declaration of Taking - 9

1

SCHEDULE "G"

NAMES AND ADDRESSES OF PURPORTED OWNERS:

2

3

ESTATE OF ALBERT D. BLEUER

4  c/o LAURA BRIGHT, ESQ.
   WHITE AND BRIGHT

5  970 CANTERBURY PLACE
   ESCONDIDO, CALIFORNIA 92025

6

7  ESTATE OF GORDON A. BLEUER
   c/o LAURA BRIGHT, ESQ.

8  WHITE AND BRIGHT
   970 CANTERBURY PLACE

9  ESCONDIDO, CALIFORNIA 92025

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25